UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>　　　　　　Respondent. | Case No. 1:12-CV-00803-LJO-P<br><br>DEATH PENALTY CASE<br>NO EXECUTION DATE SET<br><br>Order Temporarily Staying Execution, Granting In Forma Pauperis Status, and Referring Case to Selection Board for Recommendation of Counsel |

On May 16, 2012, Petitioner Royal Clark ("Clark"), a state prisoner facing capital punishment, filed pro se applications for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254. Clark filed a supporting declaration with his request for in forma pauperis status and appointment of counsel, asserting he is indigent and has only minimal assets. The Court has been advised that arrangements have been made for a certified copy of Clark's inmate trust fund account statement to be forwarded to the Court.

　　Each document in this case shall be specially marked as follows to facilitate processing: directly below the case number in the caption of each document provide the following label: "DEATH PENALTY CASE" in capital letters and underscored.

Good cause appearing,

1. Clark's request to proceed in forma pauperis is granted conditioned on the receipt of satisfactory documentation regarding his inmate trust account;

2. Clark's application for appointment of counsel under 18 U.S.C. § 3359(a)(2) is granted. The matter is referred to the Federal Defender and the Eastern District Selection Board for either notification that the Federal Defender, Capital Habeas Unit, is available for appointment, or for the recommendation by the Selection Board of other counsel to represent Clark in these proceedings;

3. Clark's request for a stay of execution is temporarily granted. All court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, are stayed until ninety days after counsel is appointed pursuant to 28 U.S.C. § 2251(a)(3).

IT IS SO ORDERED.

DATED:   May 17, 2012

    /s/ Lawrence J. O'Neill
United States District Judge