UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK,<br><br>   Petitioner,<br><br> vs.<br><br>KEVIN CHAPPELL as Acting Warden of California State Prison at San Quentin,<br><br>   Respondent. | Case No. 1:12-cv-00803 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL AND INITIATING CASE MANAGEMENT PROCEDURES |

  This matter is before the Court on the request of Petitioner Royal Clark ("Clark") for appointment of counsel and the ensuing recommendation of the Selection Board for the Eastern District of California regarding his request. The Court's decision as to the appointment of counsel is informed by the June 18, 2012 letter from the Selection Board over the signature of Assistant Federal Defender Joseph Schlesinger.

  The Selection Board has recommended representation of Clark by Wesley A. Van Winkle and the Capital Habeas Unit of the Federal Defender's Office. The Assistant Federal Defender currently assigned to the case is David Harshaw. The Court adopts this recommendation

  Counsel for the parties (including for Respondent Kevin Chappell as Acting Warden of San Quentin State Prison) shall familiarize themselves with Local Rule 191 of the United States District Court for the Eastern District of California and the Fresno Attorney Guide to Case Management and Budgeting in Capital Habeas Cases (hereafter the "Attorney Guide"), both of which are posted on the Court's website. Both parties are asked to complete the Confidential Case Evaluation Form (Appendix B to the Attorney Guide). *See* Attorney Guide, ¶43. The Court will maintain each Confidential Case

1  Evaluation Form under seal, unless the party filing the Form elects to file it publicly.  The Case
2  Evaluation Forms shall be filed by June, 29, 2012.

3      Mr. Van Winkle is directed to submit a rate justification worksheet (Appendix A to the Attorney
4  Guide) and prepare a case management plan and budget for Phase I of the litigation.  The proposed case
5  management plan and budget shall be supported by properly subscribed declarations.  *See* Attorney
6  Guide, ¶ 10.  The Phase I case management plan and budget shall be filed under seal by no later than
7  4:00 p.m. on July 5, 2012.

8      The Court will conduct a telephonic case management and budget conference at 8:30 a.m. on
9  July 12, 2012 with counsel for Clark initiating the call.  All counsel shall participate in the case
10 management portion of the call.  Counsel shall be prepared to discuss the statute of limitations, a
11 timetable for the filing of the petition, and a protective petition, if necessary, the time necessary to
12 assemble the record, and a date for the Warden to lodge the state record.  Counsel for the Warden will
13 then be excused so that confidential matters pertaining to a proposed budget for Phase I can be resolved.

15 IT IS SO ORDERED.

17 Dated:   June 20, 2012

                                          /s/ Lawrence J. O'Neill
                                           Lawrence J. O'Neill
                                           United States District Judge