UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK,<br><br>    Petitioner,<br><br>    vs.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:12-CV-00803-LJO-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Setting Case Schedule |

Petitioner Royal Clark ("Clark") initiated federal habeas proceedings May 16, 2012. CJA counsel Wesley A. Van Winkle and the Federal Defender of the Eastern District of California were appointed to represent Clark on June 20, 2012. Clark's federal petition is due to be filed March 18, 2013. Counsel for Clark have indicated the federal petition will contain at least one claim that has not been presented to the state court, so it is anticipated that a successive state habeas petition will be filed concurrently with the federal petition. In that event, and on Clark's motion pursuant to *Rhines v. Weber*, 544 U.S. 267, 276 (2005), abeyance of the federal proceedings will be considered. If abeyance is ordered, the filing of a comprehensive answer by Respondent Kevin Chappell will be deferred until exhaustion proceedings are complete. *See* Guide to Case Management and

Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division, ¶48.

Should Clark concurrently file a state exhaustion petition with his federal petition, and seek abeyance of his federal proceedings, counsel for the parties shall meet and confer regarding the exhaustion status of the claims presented in the federal petition within 30 days after the filing of the federal petition.  The parties shall file a Joint Statement on Exhaustion, setting forth their agreement on the exhaustion status of the federal claims, within 45 days of the filing of the federal petition.  Should the parties fail to agree about the status of any of the claims, Clark shall concurrently file a separate statement indicating where he believes the claims were presented to the state court.

IT IS SO ORDERED.

DATED:     October 25, 2012

                                        /s/ Lawrence J. O'Neill  
                                      United States District Judge