UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>　　　　　　Respondent. | Case No. 1:12-cv-00803-LJO-P<br><br>DEATH PENALTY CASE<br><br>Order Regarding Exhaustion Status of<br>Claims in Petitioner's Federal Petition |

On March 18, 2013, Petitioner Royal Clark ("Clark") filed his federal petition for writ of habeas corpus. Doc. 21. Pursuant to Court order, the parties met and conferred regarding the exhaustion status of the claims in the federal petition, and filed a Joint Statement on exhaustion May 2, 2013. The parties agree that Claims 1 through 34 in the federal petition have been fairly presented to the state court for federal exhaustion purposes, that Claims 35 through 38 are unexhausted, and that Claim 39, a cumulative error claim previously presented to the state court, must be presented again to permit the consideration of the cumulative effect of the unexhausted claims.

Claim 35 asserts that the jury was exposed to extrinsic evidence from publicity between

the guilt and sanity phases of trial.  Claim 36 asserts that appellate counsel was ineffective in failing to raise issues apparent on the record, failing to raise issues completely, failing to state the full federal basis of all claims, and failing to adequately review, perfect and correct the record. Claim 37 asserts that impermissible racial bias affected all aspects of the charging, prosecution, conviction and sentencing.  Claim 38 asserts that at the time of trial Clark was mentally incompetent and was deprived of his right to an adequate, fair and reliable determination of competency.

      Having reviewed the relevant portions of the state record, and based on the parties' agreement, the Court finds that Claims 35, 36, 37 and 38 are unexhausted, and that the inclusion of these unexhausted claims requires that Claim 39 again be presented to the state court.

      Clark filed a Motion for stay and abeyance of his federal proceedings on May 3, 2013, and set the hearing date on June 17, 2013.  Respondent Kevin Chappell, Warden of San Quentin State Prison, shall file a response on or before June 3, 2013.  Clark may file any reply by June 10, 2013.

IT IS SO ORDERED.

DATED:    May 6, 2013

                                              /s/ Lawrence J. O'Neill
                                              United States District Judge