# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK, | Case No. 1:12-cv-00803-KES |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER APPOINTING REPLACEMENT COUNSEL |
| CHANCE ANDES, Warden of San Quentin Rehabilitation Center, | |
| Respondent.[1] | |

Before the Court is the District Selection Board's recommendation of counsel to replace co-counsel Wesley Van Winkle, who recently withdrew from representing Petitioner in the case.

The facts of the case, as reflected in the Court's docket, are summarized below.

In 2012, Petitioner, a state prisoner convicted in 1994 of first degree murder and related offenses and sentenced to death,[2] began this federal habeas corpus proceeding pursuant to 28 U.S.C. § 2254. That same year, the Court appointed the Office of the Federal Defender, represented by Assistant Federal Defender David Harshaw, and CJA counsel Wesley Van

---

[1] Chance Andes, acting warden of San Quentin Rehabilitation Center since January 2023, is substituted as Respondent in place of his predecessor wardens. Fed. R. Civ. P. 25(d).

[2] Fresno County Superior Court Case No. F-91-446252-9.

1

Winkle, as co-counsel to represent Petitioner in the case.

In 2013, Petitioner filed a federal habeas corpus petition raising 39 claims. That same year, the Court ordered the case stayed and held in abeyance of claim exhaustion in state court.

In 2019, the California Supreme Court transferred the exhaustion proceeding to the Fresno County Superior Court and it remains pending there.

On January 25, 2024, the Court granted Mr. Van Winkle's motion to withdraw from representing Petitioner as co-counsel in the case, and referred the case to the District Selection Board for recommendation of replacement counsel.

On May 1, 2024, the Selection Board recommended that the Court appoint the Federal Defender's Office to the whole of the case.

The Court will adopt the recommendation of the Selection Board.

ACCORDINGLY,

1. The Office of the Federal Defender for the Eastern District of California is appointed as counsel to represent Petitioner in the whole of the case and for all purposes pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).

2. The Clerk of the Court is directed to file under seal the Selection Board's May 1, 2024 letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on counsel for the parties; and Chance Andes, Warden of San Quentin Rehabilitation Center, San Quentin, CA 94964.

4. Counsel for Petitioner shall provide him with a copy of this order.

IT IS SO ORDERED.

Dated:   May 14, 2024

_____
UNITED STATES DISTRICT JUDGE