UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CLARK,<br><br>      Petitioner,<br><br>   v.<br><br>CHANCE ANDES, Warden of San Quentin Rehabilitation Center,<br><br>      Respondent. | Case No.  1:12-cv-00803-KES<br><br>DEATH PENALTY CASE<br><br>ORDER (1) GRANTING PETITIONER'S UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT, and (2) DIRECTING THE CLERK OF THE COURT TO SUBSTITUTE THE NAME OF WARDEN DANIEL E. CUEVA  FOR WARDEN CHANCE ANDES AS NAMED RESPONDENT |

On May 15, 2024, Petitioner Royal Clark, through appointed counsel the Office of the Federal Defender for the Eastern District of California, by Assistant Federal Defender David Harshaw, moved to substitute Daniel E. Cueva, Acting Warden of the California Medical Facility, as the Respondent in this action in place of Chance Andes, Warden of the San Quentin Rehabilitation Center (formally known as San Quentin State Prison).

Counsel for Petitioner advises that counsel for Respondent, Deputy Attorney General William Kim, has no objection to the motion.

The Court, having reviewed Petitioner's motion, the record, and the controlling law, will grant substitution of Warden Daniel E. Cueva as named Respondent, as discussed below.

A petition for writ of habeas corpus by an applicant in custody under a state court

1

judgment shall name as respondent the state officer who has custody.  28 U.S.C. § 2242; Rules Governing § 2254 Cases, Rule 2(a); *see also* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a successor public officer for a predecessor public officer named as a party in an official capacity).  A failure to name the proper respondent destroys personal jurisdiction.  *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *see also Johnson v. Reilly,* 349 F.3d 1149, 1153 (9th Cir. 2003) (the warden of the penitentiary where a prisoner is confined constitutes the custodian who must be named in the petition).  Petitioner was incarcerated at San Quentin State Prison at the time the initial petition was filed.  (Doc. 21 at 51; *see also* Doc. 84 at 1.[1])  Petitioner named the warden of that institution as Respondent.  (Doc. 21 at 1.)  Counsel states that Petitioner now has been transferred to the California Medical Facility, and is in the custody of the warden of that institution, Daniel E. Cueva.  (Doc. 84 at 1-2.)  The Court takes notice that the official website of the California Department of Corrections and Rehabilitation reflects: (i) the California Medical Facility is located at 1600 California Drive, Vacaville, California, 95687, (ii) the present warden of the California Medical Facility is Daniel E. Cueva, and (iii) Petitioner is presently incarcerated at the California Medical Facility.  Fed. R. Evid. 201; *see* http://www.cdcr.ca.gov/facility-locator/cmf/, (last visited May 16, 2024); http://apps.cdcr.ca.gov/ciris/, (last visited May 16, 2024).

      The Court's jurisdiction over this proceeding is unaffected by Petitioner's transfer to the California Medical Facility.  Petitioner claims that in the course of the proceedings resulting in his conviction, he suffered violations of his Constitutional rights.  (Doc. 21 at 116-779.)  The challenged judgment was rendered by the Fresno County Superior Court of the State of California, which is located within the territorial jurisdiction of this Court.  (Doc. 21 at 51); 28 U.S.C. §§ 84(b), 2241(a)(d), and 2254(a); Local Rules for the Eastern District of California, Rule 191(f); *see also Francis v. Rison,* 894 F.2d 353, 354 (9th Cir.1990) (citing *Smith v. Campbell,* 450 F.2d 829, 834 (9th Cir.1971)) ("[J]urisdiction attaches on the initial

---

[1] Reference to page numbering is to CM/ECF system pagination.

filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change.").

ACCORDINGLY, Petitioner's motion to substitute Daniel E. Cueva, Warden of the California Medical Facility, as Respondent in place of Chance Andes, Warden of the San Quentin Rehabilitation Center (Doc. No. 84), is GRANTED.  The Clerk of the Court is directed to substitute the name of Warden Daniel E. Cueva for Warden Chance Andes as the named Respondent in this action.

IT IS SO ORDERED.

Dated:   May 17, 2024

_____
UNITED STATES DISTRICT JUDGE